# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
MAY 22 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Ancil Junior Williams

(Full name of the Plaintiff(s) in this action)

v.

Bonya Scott

CIVIL ACTION NO. 1:23-CV-71-JHM
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

I. **PARTIES**

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Ancil Junior Williams
Place of Confinement: Barren County Detention Center
Address: 201 Samson St. Glasgow KY. 42141

Status of Plaintiff: CONVICTED (X)   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____
Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Bonya Scott** is employed as **Correctional Officer** at **Barren County Detention Center**

The Defendant is being sued in his/her (_X_) individual and/or (_X_) official capacity.

(2) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

    (5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

**II.    PREVIOUS LAWSUITS**

    (A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (\_\_) NO (X)

    (B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

    Parties to the previous lawsuit:

        Plaintiff(s): _____
        _____

        Defendant(s): _____
        _____

    Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Female Corrections Officer Named Bonya Scott Came to do lain Exchange and I went to the door with my Blanket she told me I had to have a sheet I told her I did not have one all I had was a Blanket she said she could not Exchange with out one so I went back to my Rack and climed Back into my Rack she came in the cell and Grabbed A sheet off another Inmates Rack And Rolled up in a ball and assalted me By threwing in a base ball motion while I was sitting on top Rack whitch Put me in danger of falling off the Rack I feel that this violates my 8th amendment The sheet hit me in my face. This is unacceptable behavior because I have no way to defend myself as she has power over me because of her position at the Jail. This happen between the hours of 7am - 8am on 5/17/2023

4

### III. STATEMENT OF CLAIM(S) continued

In Cell 517 at the Barren County Detention Center. I have several witnesses + the video from the Jail. Please provide me with copies of this form please. Thank you

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ 100,000 _____

_____ grant injunctive relief by _____

_____ award punitive damages in the amount of $ 100,000 _____

_____ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 18 day of May , 20 23.

*Arnel Junior Williams*
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____ .

_____
(Signature)

6