**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

**ANCIL JUNIOR WILLIAMS**                                                              **PLAINTIFF**

**v.**                                                                  **CIVIL ACTION NO. 1:23-CV-P71-JHM**

**BONYA SCOTT**                                                                    **DEFENDANT**

## ORDER

For the reasons set forth in the Memorandum entered this date,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final** Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith.

*See* 28 U.S.C. § 1915(a)(3).

Date: January 8, 2024

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:     Plaintiff, *pro se*
4414.009